886 A.2d 664

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Alan KEAR, Respondent.**

**No. 1068 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 1, 2005.

*O R D E R*

PER CURIAM:

AND NOW, this 1st day of November, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated August 31, 2005, it is hereby

ORDERED that Alan Kear be and he is SUSPENDED from the Bar of this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.